LAW OFFICES OF

# CAMPION & CAMPION
## 222 EAST MAIN PLAZA
## SAN ANTONIO, TEXAS 78205
### www.campionlawfirm.com

CHARLES CAMPION
  Board Certified Criminal Law
  Texas Board of Legal Specialization
  ccampion@campionlawfirm.com

BERNARD CAMPION
  Board Certified Criminal Law
  Texas Board of Legal Specialization
  bcampion@campionlawfirm.com

ALEX J. SCHARFF
  alexjoss@yahoo.com

TELEPHONE
(210) 227-5161

TELEFAX
(210) 229-1243

August 12, 2015

Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

RE: Garza v. State
No. 04-14-00682-CR

Dear Clerk:

Enclosed please find a copy of the return receipt received from the prison where Appellant Benito Garza is housed, indicating that he received a copy of the Court of Appeals' decision, as well as a letter (sent pursuant to Tex. R. App. Pro. 68) indicating that he has the right to file a pro se Petition for Discretionary Review with the Court of Criminal Appeals. I am sending this letter pursuant to Tex. R. App. Pro. 48.4. Moreover, at Garza's request, I have forwarded the entire Statement of Facts, Clerk's record, and exhibits.

Do not hesitate to contact me if you need to discuss this matter further.

Sincerely,

Alex J. Scharff

AJS/cm
Enclosure

LAW OFFICES OF

# CAMPION & CAMPION
222 EAST MAIN PLAZA
SAN ANTONIO, TEXAS 78205
www.campionlawfirm.com

**CHARLES CAMPION**
Board Certified Criminal Law
Texas Board of Legal Specialization
ccampion@campionlawfirm.com

**BERNARD CAMPION**
Board Certified Criminal Law
Texas Board of Legal Specialization
bcampion@campionlawfirm.com

**ALEX J. SCHARFF**
alexjoss@yahoo.com

TELEPHONE
(210) 227-5161

TELEFAX
(210) 229-1243

August 6, 2015

Benito Garza
TDC #1957561
McConnell Unit
3001 S. Emily Dr.
Beeville, Texas  78102

Dear Mr. Garza:

Enclosed is a copy of the opinion released by the Court of Appeals.  As you can see, they have affirmed your appeal so you must file petition for discretionary review in order to challenge your case.  Unfortunately, this is when my job ends.  You do have the right to hire an attorney or to file a pro se Petition for Discretionary Review to the Court of Criminal Appeals within thirty (30) days of the date of the opinion.  Although, I do believe they will grant you an extension of time if you desire more time.

Good luck.

Sincerely,

Alex J. Scharff

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                See Reverse for Instructions

08/10/15  06:17 PM

We are the one stop for all your
shipping, postal and business needs.

To track your package(s), go to ups.com.
Select REFERENCE # & use PSO #

001 000008 (022)              TO $  21.87
        Priority Mail
        Tracking# 9405510200881699498608
002 010059 (002) 400000100593 T1 $   3.99
        12x9.25x4 white box

                    ·SubTotal  $  25.86
        8.125% SALES TAX (T1)  $   0.33
                        Total  $  26.19

                         VISA  $  26.19
ACCOUNT NUMBER *        ************1632
Appr Code:   (S)  Sale

Receipt ID 829778722224506888240 002 Items
CSH: Chris           Tran: 7948 Reg: 002

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.

US Postal Rates Are Subject to Surcharge

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Benito Garza
# 1957561
McConnell Unit
3001 S. Emily Dr
Beeville, Tx 78102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

8-10-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7012 0470 0000 2443 1599

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE

TX 780

10 AUG '15

PH 31



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Alex J. Scharff
222 E Main Plaza
San Antonio, TX 78205

:05271722

IN THE COU...
AT SAN ANT...

2015 AUG 17 PM 2:10

*Keith E. Hottle*

KEITH E. HOTTLE, CLERK

LAW OFFICES OF
CAMPION & CAMPION
222 MAIN PLAZA EAST
SAN ANTONIO, TEXAS 78205

Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205